IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMEO QUREISHI, et al.,

        Plaintiff,

   v.

COMMUNITY LENDING INC., et al.,

        Defendant.
_____/

No. C 12-2786 PJH

**ORDER TO SHOW CAUSE**

       The complaint in this matter was filed on May 31, 2012, and a summons was issued for each of the thirteen defendants. After plaintiffs declined to consent to the magistrate judge's jurisdiction on August 29, 2012, the case was reassigned to the undersigned district judge on August 23, 2012. On September 4, 2012, the parties were ordered to file a case management statement and to appear for initial case management conference on October 4, 2012. Neither plaintiff filed a case management statement or appeared at the conference as ordered. Additionally, no proof of service on any defendant has yet been filed. Accordingly,

       THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiffs' claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

       The hearing on the order to show cause will be held on October 25, 2012, at 2:00 p.m. If plaintiffs fail to appear, the case shall be dismissed for failure to prosecute.

       **IT IS SO ORDERED.**

Dated: October 4, 2012

                                         PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT JUDGE