UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROMEO QUREISHI, et al.,

        Plaintiff(s),

   v.

COMMUNITY LENDING INC., et al.,

        Defendant(s).
_____/

No. C 12-2786 PJH

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

     The complaint in this matter was filed on May 31, 2012, and a summons was issued for each of the thirteen defendants. After plaintiffs declined to consent to the magistrate judge's jurisdiction on August 29, 2012, the case was reassigned to the undersigned district judge on August 23, 2012. On September 4, 2012, the parties were ordered to file a case management statement and to appear for initial case management conference on October 4, 2012. Neither plaintiff filed a case management statement or appeared at the conference as ordered. Additionally, no proof of service on any defendant had yet been filed.

     An ORDER TO SHOW CAUSE ("OSC") was issued on October 4, 2012, scheduling a hearing for October 25, 2012 and warning plaintiffs that if they failed to appear, the case would be dismissed for failure to prosecute. Neither plaintiff appeared or otherwise responded to the court's order.

     Accordingly, the court having considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and having determined that notwithstanding the public policy favoring the disposition of actions on their merits, the court's need to manage its docket and the public interest in the expeditious resolution of the litigation require dismissal of this action. In view of plaintiffs' lack of response to this

court's prior orders, the court finds there is no appropriate less drastic sanction. Accordingly, this action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(b) for plaintiffs' failure to prosecute.

**IT IS SO ORDERED**.

Dated: October 25, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge