1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7  ROMEO QUREISHI, et al.,
8
            Plaintiff(s),                    No. C 12-2786 PJH
9
      v.                                     **JUDGMENT**
10
   COMMUNITY LENDING INC, et al.,
11
            Defendant(s).
12  _____/
13      The court having dismissed this case pursuant to Federal Rule of Civil Procedure
14  41(b),
15      it is Ordered and Adjudged
16      that plaintiffs take nothing, and that the action be dismissed.
17      IT IS SO ORDERED.
18  Dated: October 25, 2012
19
20                                           _____
                                             PHYLLIS J. HAMILTON
21                                           United States District Judge
22
23
24
25
26
27
28